UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:     CHAPTER    **11**
**Pioneer Carriers, LLC**

DEBTOR(S)     CASE NO    **16-36356-H4-11**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Pedro Lagos<br>724 E. 19th Street<br>Houston, Texas 77008 | Member | None | Not registered |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **1/10/2017**      Signature: **/s/ Pedro Lagos**
                                                                    *Pedro Lagos*
                                                                    **President**