| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Pioneer Carriers, LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | 16-36356-H4-11 | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Commercial Credit Group<br>2135 City Gate Lane<br>Ste 440<br>Naperville, IL 60563 | | | | $1,800,000.00 | $697,000.00 | $1,103,000.00 |
| 2 | Allegiance Bank of Texas<br>8727 W. Sam Houston Parkway North<br>Suite 200 | | | | $310,000.00 | $100,000.00 | $210,000.00 |
| 3 | Crestview Financial<br>61 West 13490 South<br>Draper UT 84020 | | | | $102,156.00 | $0.00 | $102,156.00 |
| 4 | Equify Financial, LLC<br>777 Main Street<br>Suite 3900<br>Fort Worth, Texas 76102 | | | | $277,135.00 | $200,000.00 | $77,135.00 |
| 5 | Bank of America<br>P.O. Box 53137<br>Phoenix, AZ 85072 | | Credit Card | | | | $65,000.00 |

Debtor **Pioneer Carriers, LLC**
Name

Case number (if known) **16-36356-H4-11**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Shore Funding Solutions 2500 Discovery Blvd Rockwall, Texas 75032 | | | | $50,000.00 | $0.00 | $50,000.00 |
| 7 | Shore Funding Solutions 3 Huntington Quadrangle #407 N Melville, NY 11747 | | | | $50,000.00 | $0.00 | $50,000.00 |
| 8 | TDECU 1001 FM 2004 Lake Jackson, TX 77566-4012 | | | | $45,000.00 | $0.00 | $45,000.00 |
| 9 | NMAC Nissan PO Box 650680 Dallas, Texas 75265-0680 | | | | $43,000.00 | $0.00 | $43,000.00 |
| 10 | CAN Capital 2015 Vaughn Road Building 500, Suite 500 Kennesaw, GA 30144 | | Receivables | | | | $39,394.00 |
| 11 | Santex Idealease 4300 Highway 90 East San Antonio, Texas 78219 | | Lease Agreement | | | | $34,399.00 |
| 12 | Pilot Flying J 22 Center Street Freehorn, NJ 07728 | | Fuel | | | | $32,481.00 |
| 13 | JP Morgan Chase P.O. Box 52045 Phoenix, AZ 85072-2045 | | Credit Card | | | | $29,300.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor **Pioneer Carriers, LLC**  
Name

Case number (if known) **16-36356-H4-11**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 WEX Fleet One  613 Bakertown Road  Antioch, TN  37013 | | Fuel supplier | | | | $20,000.00 |
| 15 Harris County  c/o John Dillman  Linebarger, Goggan Blaire and Sampson  PO Box 3064  Houston, Texas  77253 | | Ad Valorem Taxes | Disputed | $8,744.23 | $0.00 | $8,744.23 |
| 16 Mimosa Farms  PO Box 17203  San Antonio, Texas 78217-0203 | | Lease for trucks | | | | $4,500.00 |
| 17 Pedro Lagos  724 E. 19th Street  Houston, Texas 77008 | | Loans | | | | $0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3