UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
_____ DIVISION

CASE NAME: Pioneer Carriers, LLC

Petition Date: Dec. 12th, 2016

CASE NUMBER: 16-36356-H4-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH December YEAR 2016

| MONTH | Dec | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 184,545 | | | | | | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | -1,039 | | | | | | | | | | |
| NET INCOME (LOSS) (MOR-6) | -12,007 | | | | | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | | | | | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | | | | | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 185,584 | | | | | | | | | | |

\*\*\*The original of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee\*\*\*

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No** If so, describe
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe
Are all U. S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization? In progress

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE 6/9/2017 |
|---|---|
| CASUALTY | YES(✓) NO( )   6-9-17 |
| LIABILITY | YES(✓) NO( )   6-9-17 |
| VEHICLE | YES(✓) NO( )   6-9-17 |
| WORKER'S | YES(✓) NO( )   6-9-17 |
| OTHER Cargo | YES(✓) NO( )   6-9-17 |

ATTORNEY NAME: Reese Baker
FIRM: Baker & Associates
ADDRESS: 5151 Katy Fwy
CITY, STATE ZIP: Houston, TX 77007
TELEPHONE: 713-979-2279

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE President

MOR-1

CASE NAME: Pioneer Carriers, LLC

CASE NUMBER: 16-36356-H4-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH December | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 67,863 | | | | | |
| Accounts Receivable, Net | | 140,654 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | | 208,517 | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | | 2,456,253 | | | | | |
| Less Accumulated Depreciation | | 46,069 | | | | | |
| NET BOOK VALUE OF PP & E | | 2,410,184 | | | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | | 2,618,701 | | | | | |

MOR-2

*Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: Pioneer Carriers, LLC

CASE NUMBER: 16-36356-H4-11

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH December | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES: | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | | 2,207,764 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | 361,545 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | | |
| TOTAL LIABILITIES | | 2,569,309 | | | | | |
| OWNER'S EQUITY (DEFICIT): | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | 400,000 | | | | | |
| RETAINED EARNINGS: Filing Date | | -350,608 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | 49,392 | | | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | 2,618,701 | | | | | |

MOR-3

*Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: Pioneer Carriers, LLC

CASE NUMBER: 16-36356-H4-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>December | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | | | | | | |

\* Payment Requires Court Approval.

MOR-4

CASE NAME: Pioneer Carriers, LLC

CASE NUMBER: 16-36356-H4-11

## AGING OF POST-PETITION LIABILITIES
MONTH December

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | |
|---|---|---|
| 0-30 DAYS | 140,654 | |
| 31-60 DAYS | | |
| 61-90 DAYS | | |
| 91 + DAYS | | |
| TOTAL | 140,654 | |

MOR-5

Revised 6/14/96

CASE NAME: Pioneer Carriers, LLC

CASE NUMBER: 16-36356-H4-11

## STATEMENT OF INCOME (LOSS)

| MONTH | December | | | | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 184,545 | | | | | | | | | |
| TOTAL COST OF REVENUES | | | | | | | | | | |
| GROSS PROFIT | | | | | | | | | | |
| OPERATING EXPENSES: | | | | | | | | | | |
| Selling & Marketing | | | | | | | | | | |
| General & Administrative | 6,000 | | | | | | | | | |
| Insiders Compensation | | | | | | | | | | |
| Professional Fees | | | | | | | | | | |
| Other (attach list) | 179,584 | | | | | | | | | |
| TOTAL OPERATING EXPENSES | 185,584 | | | | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -1,039 | | | | | | | | | |
| INTEREST EXPENSE | | | | | | | | | | |
| DEPRECIATION | 10,968 | | | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | | | | |
| OTHER ITEMS** | | | | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 10,968 | | | | | | | | | |
| NET INCOME BEFORE TAXES | -12,007 | | | | | | | | | |
| FEDERAL INCOME TAXES | 0 | | | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | -12,007 | | | | | | | | | |

\* Accrual Accounting Required, Otherwise Footnote With Explanation
  Footnote Mandatory
\*\* Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

MOR-6

Revised 6/14/96

CASE NAME: Pioneer Carriers, LLC  
CASE NUMBER: 16-36356-H4-11

# CASH RECEIPTS AND DISBURSEMENTS

| | MONTH December | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 184,545 | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | | | | | | |
| TOTAL RECEIPTS | 184,545 | | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | |
| 10. SECURED / RENTAL / LEASES | 4,500 | | | | | | |
| 11. UTILITIES | | | | | | | |
| 12. INSURANCE | 37,582 | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | 1,505 | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 26,298 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 6,000 | | | | | | |
| 18. OTHER (attach list) | 120,667 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 185,584 | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 185,584 | | | | | | |
| 22. NET CASH FLOW | -1,039 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 67,863 | | | | | | |

MOR-7    *Applies to Individual debtor's only.    Revised 6/14/96

CASE NAME: Pioneer Carriers, LLC

CASE NUMBER: 16-36356-44-11

# CASH ACCOUNT RECONCILIATION
## MONTH OF

| | | | | |
|---|---|---|---|---|
| BANK NAME | Bank of America | Allegiance | | |
| ACCOUNT NUMBER | #5860-3107-1447 | #1002406642 | # | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 67,543 | 320 | | | |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | | | | | |
| ADJUSTED BANK BALANCE | 67,543 | 320 | | | |
| BEGINNING CASH - PER BOOKS | 69,621 | 320 | | | |
| RECEIPTS | 184,545 | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 185,584 | | | | |
| ENDING CASH - PER BOOKS | 67,543 | 320 | | | |

MOR-8

Revised 6/14/96

CASE NAME: Pioneer Carriers, LLC

CASE NUMBER: 16-36356-H4-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH December | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | | | | | |

MOR-9

Revised 6/14/9