# Income Statement

**Pioneer Carriers, LLC**
January - March 2017

Financial Statements in U.S. Dollars

| | | February 10th | March 31st |
|---|---|---:|---:|
| **Revenue** | | | |
| | Gross Sales | $ 195,000 | $ 325,000 |
| | Less: Sales Returns and Allowances | | |
| | **Net Sales** | $ 195,000 | $ 325,000 |
| **Cost of Goods Sold** | | | |
| | Beginning Inventory | $ - | $ - |
| | Add: | $ - | $ - |
| | Inventory Available | $ - | $ - |
| | Less: Ending Inventory | | |
| | **Cost of Goods Sold** | $ - | $ - |
| | **Gross Profit (Loss)** | $ 195,000 | $ 325,000 |
| **Expenses** | | | |
| | Bank Charges | $ 415 | $ 415 |
| | Contractors | $ 52,300 | $ 97,300 |
| | Depreciation | $ - | $ 10,000 |
| | Dues and Subscriptions | $ 275 | $ 275 |
| | Fuel Expense | $ 45,000 | $ 80,600 |
| | Insurance | $ 41,500 | $ 39,500 |
| | Interest | $ - | $ - |
| | Office Expense | $ 2,500 | $ 5,000 |
| | Management Expense | $ 4,500 | $ 4,500 |
| | Emergency repair fund | $ 6,500 | $ 8,500 |
| | Repairs and Maintenance | $ 17,500 | $ 30,000 |
| | Supplies | $ 8,000 | $ 10,000 |
| | Telephone/Internet | $ 1,100 | $ 1,100 |
| | Travel | $ 2,500 | $ 2,500 |
| | Vehicle Expenses | $ 2,500 | $ 2,500 |
| | Utilities / Water & Eletricity | $ 1,000 | $ 1,000 |
| | Permits and Lic | $ 4,500 | $ 4,500 |
| | Office / Yard Lease | $ - | $ - |
| | Property Taxes | $ 2,000 | $ 12,000 |
| | Legal | $ 1,500 | $ 1,500 |
| | **Total Expenses** | $ 193,590 | $ 311,190 |
| | **Net Operating Income** | $ 1,410 | $ 13,810 |
| **Other Income** | | | |
| | Gain (Loss) on Sale of Assets | | |
| | Interest Income | | |
| | **Total Other Income** | $ - | $ - |
| | **Net Income (Loss)** | $ 1,410 | $ 13,810 |