

**ENTERED**
03/06/2017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 16-36356-11 |
| **PIONEER CARRIERS, LLC** | § | |
| Debtor | § | **Chapter 11** |

### Order Transfering Case and for Joint Administration

Came on for consideration the Debtor's Motion to Transfer Case and for Joint Administration

and this court having reviewed the pleadings and other matters has determined that such request

should be granted; it is hereby

**ORDERED** that the chapter 11 case of Transport Dry Freight, LLC, case number 17-30551-

H1-11, filed on February 1, 2017, is hereby transferred to this court; and it is further

ORDERED, that the Transport Dry Freight, LLC, case number 17-30551, shall be jointly

administered with the case of the Debtor under case number 16-36356.

Signed this **3rd** day of **March**, 2017.

_____
Jeff Bohm
U.S. BANKRUPTCY JUDGE

Submitted By:
Reese W. Baker
Tx Bar NO. 01587700
Baker & Associates
5151 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 869-9200
Fax: (713) 869-9100