| Income Statement | April | May | June |
|---|---:|---:|---:|
| **Pioneer Carriers, LLC** | | | |
| **January - March 2017** | | | |
| Financial Statements in U.S. Dollars | | | |
| **Revenue** | | | |
| Gross Sales | $ 380,000 | $ 400,000 | $ 420,000 |
| Less: Sales Returns and Allowances | | | |
| **Net Sales** | $ 380,000 | $ 400,000 | $ 420,000 |
| **Cost of Goods Sold** | | | |
| Beginning Inventory | $ - | $ - | $ - |
| Add: | $ - | $ - | $ - |
| Inventory Available | $ - | $ - | $ - |
| Less: Ending Inventory | | | |
| **Cost of Goods Sold** | $ - | $ - | $ - |
| **Gross Profit (Loss)** | $ 380,000 | $ 400,000 | $ 420,000 |
| **Expenses** | | | |
| Bank Charges | $ 415 | $ 415 | $ 415 |
| Contractors | $ 158,300 | $ 165,300 | $ 172,300 |
| Adequate Protection Funds | $ 10,000 | $ 15,000 | $ 15,000 |
| Dues and Subscriptions | $ 275 | $ 275 | $ 275 |
| Fuel Expense | $ 90,000 | $ 101,000 | $ 110,000 |
| Insurance | $ 38,000 | $ 38,000 | $ 38,000 |
| Interest | $ - | $ - | $ - |
| Office Expense | $ 3,000 | $ 3,500 | $ 3,500 |
| Management Expense | $ 4,000 | $ 4,000 | $ 4,000 |
| Emergency repair fund | $ 8,500 | $ 8,500 | $ 8,500 |
| Repairs and Maintenance | $ 30,000 | $ 30,000 | $ 30,000 |
| Supplies | $ 10,000 | $ 10,000 | $ 10,000 |
| Telephone/Internet | $ 1,100 | $ 1,100 | $ 1,100 |
| Travel | $ 2,500 | $ 2,500 | $ 2,500 |
| Vehicle Expenses | $ 2,500 | $ 2,500 | $ 2,500 |
| Utilities / Water & Eletricity | $ 1,000 | $ 1,000 | $ 1,000 |
| Permits and Lic | $ 2,000 | $ 2,000 | $ 2,000 |
| Office / Yard Lease | $ 3,000 | $ 3,000 | $ 3,000 |
| Property Taxes | $ 11,000 | $ - | $ - |
| Contingent Expenses | $ 2,500 | $ 5,000 | $ 5,000 |
| Legal | $ 1,500 | $ 1,500 | $ 1,500 |
| **Total Expenses** | $ 379,590 | $ 394,590 | $ 410,590 |
| **Net Operating Income** | $ 410 | $ 5,410 | $ 9,410 |
| **Other Income** | | | |
| Gain (Loss) on Sale of Assets | | | |
| Interest Income | | | |
| **Total Other Income** | $ - | $ - | $ - |
| **Net Income (Loss)** | $ 410 | $ 5,410 | $ 9,410 |