**Income Statement**

Pioneer Carriers, LLC
**March Reconciliation 2017**

Financial Statements in U.S. Dollars

| | | March | | March Actual | | Difference |
|---|---:|---:|---:|---:|---:|---:|
| **Revenue** | | | | | | |
| Gross Sales | $ | 325,000 | $ | 306,065 | $ | (18,935) |
| Less: Sales Returns and Allowances | | | | | | |
| Net Sales | | | $ 325,000 | | $ 306,065 | $ (18,935) |
| **Cost of Goods Sold** | | | | | | |
| Beginning Inventory | $ | - | $ | - | $ | - |
| Add: | $ | - | $ | - | $ | - |
| Inventory Available | $ | - | $ | - | $ | - |
| Less: Ending Inventory | | | | | | |
| **Cost of Goods Sold** | | | $ - | | $ - | $ - |
| | | | | | | |
| **Gross Profit (Loss)** | | | $ 325,000 | | $ 306,065 | $ (18,935) |
| | | | | | | |
| **Expenses** | | | | | | |
| Bank Charges | $ | 415 | $ | 415 | $ | - |
| Contractors | $ | 97,300 | $ | 93,252 | $ | (4,048) |
| Adequate Protection Funds | $ | 10,000 | $ | 10,000 | $ | - |
| Dues and Subscriptions | $ | 275 | $ | - | $ | (275) |
| Fuel Expense | $ | 80,600 | $ | 75,000 | $ | (5,600) |
| Insurance | $ | 39,500 | $ | 37,500 | $ | (2,000) |
| Interest | $ | - | $ | - | $ | - |
| Office Expense | $ | 5,000 | $ | 5,000 | $ | - |
| Management Expense | $ | 4,500 | $ | 4,500 | $ | - |
| Emergency repair fund | $ | 8,500 | $ | 8,000 | $ | (500) |
| Repairs and Maintenance | $ | 30,000 | $ | 31,500 | $ | 1,500 |
| Supplies | $ | 10,000 | $ | 5,850 | $ | (4,150) |
| Telephone/Internet | $ | 1,100 | $ | 1,100 | $ | - |
| Travel | $ | 2,500 | $ | 2,350 | $ | (150) |
| Vehicle Expenses | $ | 2,500 | $ | 2,680 | $ | 180 |
| Utilities / Water & Eletricity | $ | 1,000 | $ | 500 | $ | (500) |
| Permits and Lic | $ | 4,500 | $ | 3,500 | $ | (1,000) |
| Office / Yard Lease | $ | 3,000 | $ | 3,000 | $ | - |
| Property Taxes | $ | 12,000 | $ | - | $ | (12,000) |
| Legal | $ | 1,500 | $ | - | $ | (1,500) |
| **Total Expenses** | | | $ 314,190 | | $ 284,147 | $ (30,043) |
| | | | | | | |
| **Net Operating Income** | | | $ 10,810 | | $ 21,918 | $ 11,108 |
| | | | | | | |
| **Other Income** | | | | | | |
| Gain (Loss) on Sale of Assets | | | | | | |
| Interest Income | | | | | | |
| **Total Other Income** | | | $ - | | $ - | $ - |
| | | | | | | |
| **Net Income (Loss)** | | | $ 10,810 | | $ 21,918 | $ 11,108 |