UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
DIVISION

CASE NAME: _Pioneer Carriers LLC_

Petition Date: _Dec. 12th, 2016_

CASE NUMBER: _16-36356-H4-11_

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH _March_    YEAR _2017_

| MONTH | _March_ | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 306,065 | | | | | |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | 21,922 | | | | | |
| NET INCOME (LOSS) (MOR-6) | 8,250 | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 244,244 | | | | | |

**The original of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee.***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | |
|---|---|---|
| | EXP. | DATE |
| CASUALTY | YES (✓NO) | 6-1-17 |
| LIABILITY | YES (✓NO) | 6-1-17 |
| VEHICLE | YES (✓NO) | 6-1-17 |
| WORKER'S | YES (✓NO) | 8-8-22 |
| OTHER _Cargo_ | YES (✓NO) | 6-1-17 |

Are all accounts receivable being collected within terms?   Yes  **(No)**
Are all post-petition liabilities, including taxes, being paid within terms?   **(Yes)**   No
Have any pre-petition liabilities been paid?   Yes **(No)**   If so, describe ___

Are all funds received being deposited into DIP bank accounts?   **(Yes)**   No
Were any assets disposed of outside the normal course of business?   Yes **(No)**
If so, describe ___
Are all U.S. Trustee Quarterly Fee Payments current?   **(Yes)**   No
What is the status of your Plan of Reorganization?   _In progress_

CIRCLE ONE

| ATTORNEY NAME: _Reese Baker_ |
|---|
| FIRM: _Baker & Associates_ |
| ADDRESS: _5151 Katy Fwy_ |
| ADDRESS: _Houston, TX 77007_ |
| CITY, STATE, ZIP. |
| TELEPHONE: _713-979-2274_ |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _[signature]_
(ORIGINAL SIGNATURE)

TITLE _President_

MOR-1

CASE NAME: _Pioneer Carriers, LLC_

CASE NUMBER: _16 - 36356 - H4-11_

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH March | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | | 45,139 | | | | | |
| Accounts Receivable, Net | | 157,845 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | | | | | | | |
| PROPERTY, PLANT&EQUIP. @ COST | | 2,562,719 | | | | | |
| Less Accumulated Depreciation | | 13,672 | | | | | |
| NET BOOK VALUE OF PP & E | | 2,549,047 | | | | | |
| OTHER ASSETS: | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | | 2,752,031 | | | | | |

*Per Schedules and Statement of Affairs

**MOR-2**

Revised 01/1/96

CASE NAME: _Pioneer Carriers, LLC_

CASE NUMBER: _16-36356-H4-11_

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH March | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| POST-PETITION LIABILITIES (MOR 4) | | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable-Secured | | 2,392,796 | | | | | | |
| Priority Debt | | | | | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | | | | | | | | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | | | |
| **TOTAL LIABILITIES** | | 2,392,796 | | | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | 475,000 | | | | | | |
| RETAINED EARNINGS Filing Date | | 8,250 | | | | | | |
| RETAINED EARNINGS Post Filing Date | | | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | 483,250 | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | | 2,876,046 | | | | | | |

MOR-3

*Per, Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: _Pioneer Carriers LLC_

CASE NUMBER: _16-36356-MM-11_

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>March | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | | | | | | | |
| **TAX PAYABLE:** | | | | | | | |
| Federal Payroll Taxes | | | | | | | |
| State Payroll & Sales | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| **TOTAL TAXES PAYABLE** | | | | | | | |
| **SECURED DEBT POST-PETITION** | | | | | | | |
| **ACCRUED INTEREST PAYABLE** | | | | | | | |
| **\*ACCRUED PROFESSIONAL FEES:** | | | | | | | |
| **OTHER ACCRUED LIABILITIES:** | | | | | | | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| **_TOTAL POST-PETITION LIABILITIES (MOR-3)_** | | | | | | | |

• Payment Requires Court Approval.

**MOR-4**

CASE NAME: Pioneer Carriers, LLC

CASE NUMBER: 16-36356-H4-11

## AGING OF POST-PETITION LIABILITIES

MONTH March

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|------|-------|-------------|-----------|-------------|-------------------------|-------|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | |
|-------|---|
| 0-30 DAYS | 157,845 |
| 31-60 DAYS | |
| 61-90 DAYS | |
| 91 + DAYS | |
| TOTAL | 157,845 |

MOR-5

Revised 8/14/06

CASE NAME: _Pioneer Carriers, LLC_

CASE NUMBER: _16-36356-H4-11_

## STATEMENT OF INCOME (LOSS)

| MONTH | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|
| | March | | | | | |
| REVENUES (MOR-1) | 306,069 | | | | | |
| TOTAL COST OF REVENUES | | | | | | |
| GROSS PROFIT | | | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | | | | | | |
| General & Administrative | 6,550 | | | | | |
| Insiders Compensation | | | | | | |
| Professional Fees | | | | | | |
| Other (attach list) | | | | | | |
| TOTAL OPERATING EXPENSES | 273,597 | | | | | |
| INCOME BEFORE INT, DEPR,TAX (MOR-1) | 21,922 | | | | | |
| INTEREST EXPENSE | | | | | | |
| DEPRECIATION | 13,672 | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | |
| OTHER ITEMS** | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 13,672 | | | | | |
| NET INCOME BEFORE TAXES | 8,250 | | | | | |
| FEDERAL INCOME TAXES | 0 | | | | | |
| NET INCOME (LOSS) (MOR-1) | 8,250 | | | | | |

*  Accrual Accounting Required, Otherwise Footnote With Explanation
*  Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

**MOR-6**

Revised 8/14/06

CASE NAME: _Pioneer Carriers, LLC_

CASE NUMBER: _16-36356-H4-11_

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | March | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 306,069 | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | | | | | | |
| TOTAL RECEIPTS | 306,069 | | | | | | |
| (Withdrawal)/Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | |
| 10. SECURED / RENTAL / LEASES | 3,600 | | | | | | |
| 11. UTILITIES | | | | | | | |
| 12. INSURANCE | 35,540 | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 43,350 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 6,550 | | | | | | |
| 18. OTHER (attach list) | 194,707 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 284,147 | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 284,147 | | | | | | |
| 22. NET CASH FLOW | 21,922 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 45,139 | | | | | | |

MOR-7

*Applies to individual debtor's only.

Revised 07/14/95

CASE NAME: Pioneer Carriers, LLC

CASE NUMBER: 16-36356-H4-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF March

| | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | Bank of America | Allegiance | | | |
| ACCOUNT NUMBER | #5840-3907-1473 | #1012966492 | # | : | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 40,527 | 320 | | | |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | | | | | |
| ADJUSTED BANK BALANCE | 40,527 | 320 | | | |
| BEGINNING CASH - PER BOOKS | 12,085 | 320 | | | |
| RECEIPTS | 323,211 | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 294,249 | | | | |
| ENDING CASH - PER BOOKS | 40,527 | 320 | | | |

Revised 6/14/06

CASE NAME: _Pioneer Carriers, LLC_

CASE NUMBER: _16-36356-H4-11_

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals.   Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.)   (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH March | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | | | | | |

**MOR-9**

Revised 6/14/91

*Bus Platinum Privileges*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

PIONEER CARRIERS LLC
724 E 19TH ST
HOUSTON, TX  77008-4425

# Your Business Advantage Checking
# Bus Platinum Privileges

for March 1, 2017 to March 31, 2017

Account number: 5860 3507 1447

**PIONEER CARRIERS LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2017 | $12,085.24 | # of deposits/credits: 16 |
| Deposits and other credits | 323,211.30 | # of withdrawals/debits: 211 |
| Withdrawals and other debits | -248,852.49 | # of items-previous cycle[1]: 38 |
| Checks | -45,396.30 | # of days in cycle: 31 |
| Service fees | -521.00 | Average ledger balance: $23,877.44 |
| **Ending balance on March 31, 2017** | **$40,526.75** | [1]Includes checks paid,deposited items&other debits |



# Banking at your fingertips

Our **Mobile Banking app**[1] can help you gain more control.

Text **BizAPP** to **226526** to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.

Small Business
Online Banking

**TIP OF THE MONTH**

[1] Mobile Banking requires enrollment through the Mobile Banking app, Mobile website or Online Banking. Enrollment through the Mobile Banking app is not available on all devices. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply. [2] For the text message, supported carriers include but are not limited to AT&T, Verizon Wireless, T-Mobile®, MetroPCS, Sprint, Boost, Virgin Mobile USA, Cincinnati Bell, U.S. Cellular®. Text **STOP** to 226526 to cancel and text **HELP** to 226526 for help.
©2017 Bank of America Corporation.  |  ARPH6MVV  |  SSM-10-16-0611.B



PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   – Tell us your name and account number.
   – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



<span style="color:red">**Your checking account**</span>

PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/03/17 | WIRE TYPE:BOOK IN DATE:170303 TIME:1004 ET TRN:2017030300217783 SEQ:33708640.P/899205 ORIG:TRAFIGURA TRADING LLC ID:004451042574 PMT DET:Invoice(s) 22317 | 39,922.12 |
| 03/03/17 | BKOFAMERICA MOBILE 03/04 3530793067 DEPOSIT            *MOBILE     TX | 90.66 |
| 03/07/17 | Deposit | 1,756.14 |
| 03/09/17 | WIRE TYPE:BOOK IN DATE:170309 TIME:1214 ET TRN:2017030900259237 SEQ:33773001.P/917020 ORIG:TRAFIGURA TRADING LLC ID:004451042574 PMT DET:Invoice(s) WT3217 | 25,549.70 |
| 03/09/17 | Online Banking transfer from CHK 6286 Confirmation# 1103576842 | 1,500.00 |
| 03/10/17 | WIRE TYPE:BOOK IN DATE:170310 TIME:1604 ET TRN:2017031000348347 SEQ:33783145.P/922487 ORIG:TRAFIGURA TRADING LLC ID:004451042574 PMT DET:Invoice(s) WT22417 | 27,236.28 |
| 03/13/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 03-10) | 1,167.00 |
| 03/13/17 | WIRE TYPE:BOOK IN DATE:170313 TIME:0904 ET TRN:2017031300202390 SEQ:33805143.P/924573 ORIG:TRAFIGURA TRADING LLC ID:004451042574 PMT DET:Invoice(s) 3217 | 35,702.89 |
| 03/15/17 | WIRE TYPE:BOOK IN DATE:170315 TIME:0814 ET TRN:2017031500186624 SEQ:33824365.P/933599 ORIG:TRAFIGURA TRADING LLC ID:004451042574 PMT DET:Invoice(s) WT3917 | 39,439.02 |
| 03/20/17 | Online Banking transfer from CHK 6286 Confirmation# 1503929987 | 5,000.00 |
| 03/21/17 | WIRE TYPE:BOOK IN DATE:170321 TIME:1014 ET TRN:2017032100216079 SEQ:33915180.P/953386 ORIG:TRAFIGURA TRADING LLC ID:004451042574 PMT DET:Invoice(s) 3917 | 35,577.97 |
| 03/22/17 | Online Banking transfer from CHK 3241 Confirmation# 3521648430 | 5,000.00 |
| 03/22/17 | Counter Credit | 2,628.17 |
| 03/24/17 | WIRE TYPE:BOOK IN DATE:170324 TIME:1545 ET TRN:2017032400334455 SEQ:33958461.P/969450 ORIG:TRAFIGURA TRADING LLC ID:004451042574 PMT DET:Invoice(s) WT31617 | 38,314.97 |

*continued on the next page*

**Celebrate 20 years of Museums on Us®**

During the first full weekend of every month, just show your Bank of America® debit or credit card and a photo ID for **one free general admission** to more than 150 cultural institutions.

Learn more at **bankofamerica.com/artsonus**.

Make a date with your favorite museum

©2017 Bank of America Corporation          SSM-11-16-0484.B  |  ARMBCHVK

Bank of America

**PIONEER CARRIERS LLC**   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

# Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 03/24/17 | WIRE TYPE:BOOK IN DATE:170324 TIME:1615 ET TRN:2017032400347991 SEQ:33965193.P/969498 ORIG:TRAFIGURA TRADING LLC ID:004451042574 PMT DET:Invoice(s) 31617 | 27,552.21 |
| 03/31/17 | WIRE TYPE:BOOK IN DATE:170331 TIME:1505 ET TRN:2017033100409812 SEQ:34121302.P/994850 ORIG:TRAFIGURA TRADING LLC ID:004451042574 PMT DET:Invoice(s) 32317 | 36,774.17 |

**Total deposits and other credits**                                   **$323,211.30**

# Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/02/17 | WIRE TYPE:WIRE OUT DATE:170302 TIME:1647 ET TRN:2017030200383617 SERVICE REF:012788 BNF:USA LINEHAUL GROUP LLC ID:5010003335 BNF BK:TE XAS COMMUNITY BANK ID:114924810 PMT DET:195404526 | -2,000.00 |
| 03/02/17 | Online Banking Transfer Conf# 15y76iv16; Romero | -100.00 |
| 03/03/17 | TRANSFER PIONEER CARRIERS LLC:Americo Villareal Confirmation# 1456853449 | -1,736.08 |
| 03/03/17 | TRANSFER PIONEER CARRIERS LLC:Juan De Zayas Confirmation# 0556865669 | -1,819.70 |
| 03/03/17 | TRANSFER PIONEER CARRIERS LLC:Manuel Reyes Confirmation# 0556874890 | -3,044.88 |
| 03/03/17 | TRANSFER PIONEER CARRIERS LLC:Marcial  Garza Confirmation# 1456881321 | -1,907.51 |
| 03/03/17 | TRANSFER PIONEER CARRIERS LLC:Miguel Torres Confirmation# 1456888804 | -2,822.03 |
| 03/03/17 | TRANSFER PIONEER CARRIERS LLC:Ramiro Martinez Confirmation# 1456895051 | -2,727.70 |
| 03/03/17 | TRANSFER PIONEER CARRIERS LLC:Scott Raquepaw Confirmation# 0556903914 | -3,909.52 |
| 03/03/17 | TRANSFER PIONEER CARRIERS LLC:Solitaire Express Confirmation# 0556915815 | -2,329.13 |
| 03/03/17 | TRANSFER PIONEER CARRIERS LLC:Storms Trucking Confirmation# 0556926910 | -2,412.78 |
| 03/03/17 | Online Banking transfer to CHK 3241 Confirmation# 3456957204 | -10,000.00 |
| 03/06/17 | WIRE TYPE:WIRE OUT DATE:170306 TIME:1311 ET TRN:2017030600315062 SERVICE REF:008642 BNF:ALVARADO ENERGY MARKETING ID:6145539810 BNF BK:WELLS FARGO BANK, N.A. ID:111900659 PMT DET:195660746 | -1,005.83 |
| 03/06/17 | WIRE TYPE:WIRE OUT DATE:170306 TIME:1322 ET TRN:2017030600318615 SERVICE REF:008825 BNF:TITUS SMITH ID:3133468433 BNF BK:WELLS FARGO B ANK, N.A. ID:111900659 PMT DET:195662054 | -745.88 |
| 03/07/17 | TRANSFER PIONEER CARRIERS LLC:Comdata Network Inc. Confirmation# 1690929543 | -5,000.00 |
| 03/07/17 | WIRE TYPE:WIRE OUT DATE:170307 TIME:1332 ET TRN:2017030700274841 SERVICE REF:007236 BNF:EDUARDO SALINAS ID:60531720 BNF BK:BORDER FEDE RAL CREDIT U ID:314985662 PMT DET:195768700 | -976.03 |
| 03/09/17 | TRANSFER PIONEER CARRIERS LLC:JW Trucking Confirmation# 0209379123 | -2,978.74 |
| 03/09/17 | Online Banking transfer to CHK 3241 Confirmation# 2209455327 | -4,000.00 |
| 03/09/17 | BEST BUY        DES:AUTO PYMT  ID:722247195141020  INDN:HEIDI LAGOS        CO ID:CITIAUTFDR WEB | -116.00 |
| 03/10/17 | WIRE TYPE:WIRE OUT DATE:170310 TIME:1122 ET TRN:2017031000240383 SERVICE REF:006840 BNF:ALVARADO ENERGY MARKETING ID:6145539810 BNF BK:WELLS FARGO BANK, N.A. ID:111900659 PMT DET:196044442 | -1,000.00 |
| 03/10/17 | WIRE TYPE:WIRE OUT DATE:170310 TIME:1413 ET TRN:2017031000303520 SERVICE REF:010223 BNF:COMDATA NETWORK INC. ID:0018411568 BNF BK:REGI ONS BANK ID:062000019 PMT DET:196063680 ACCOUNT PO 397PL | -10,000.00 |
| 03/10/17 | CHASE CREDIT CRD DES:EPAY        ID:2995369429  INDN:PEDRO G LAGOS        CO ID:5760039224 WEB | -1,167.00 |
| 03/10/17 | Nissan        DES:Auto Loan  ID:0010249662741  INDN:LAGOS PEDRO G        CO ID:9782464003 WEB | -1,000.00 |

*continued on the next page*



<span style="color:#c00">**Your checking account**</span>

PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/10/17 | TDECU        Bill Payment | -390.67 |
| 03/14/17 | TRANSFER PIONEER CARRIERS LLC:USA LINEHAUL GROUP L Confirmation# 0150021437 | -5,265.00 |
| 03/14/17 | Nissan        DES:Auto Loan  ID:0010240958368  INDN:LAGOS PEDRO G        CO ID:9782464003 WEB | -595.16 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Scott Raquepaw Confirmation# 4258839755 | -4,560.44 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Ramiro Martinez Confirmation# 0158851755 | -3,662.23 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Miguel Torres Confirmation# 1658863280 | -3,183.18 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Marcial  Garza Confirmation# 0158870939 | -1,612.16 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Manuel Reyes Confirmation# 0158879606 | -3,192.90 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Juan De Zayas Confirmation# 0158893325 | -2,356.81 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Eduardo Salinas Confirmation# 0158903134 | -1,536.72 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Americo Villareal Confirmation# 0158921431 | -1,481.19 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Storms Trucking Confirmation# 0158933919 | -4,842.95 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Solitaire Express Confirmation# 0158953997 | -2,748.96 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Titus Smith Confirmation# 0158969116 | -106.43 |
| 03/15/17 | TRANSFER PIONEER CARRIERS LLC:Marcos Gonzalez Confirmation# 1658977851 | -1,000.00 |
| 03/15/17 | Online Banking transfer to CHK 6286 Confirmation# 2160241876 | -2,000.00 |
| 03/15/17 | Online Banking transfer to CHK 3241 Confirmation# 2560243609 | -5,000.00 |
| 03/16/17 | Online Banking transfer to CHK 6286 Confirmation# 2368325927 | -10,000.00 |
| 03/16/17 | Online Banking Transfer Conf# 1asrkk1mn; Romero | -10,000.00 |
| 03/16/17 | TRANSFER PIONEER CARRIERS LLC:Comdata Network Inc. Confirmation# 1668494674 | -15,000.00 |
| 03/17/17 | TRANSFER PIONEER CARRIERS LLC:Alvarado Energy Mark Confirmation# 0178261344 | -8,365.35 |
| 03/17/17 | TRANSFER PIONEER CARRIERS LLC:Francisco Calamaco Confirmation# 1678348589 | -926.82 |
| 03/20/17 | Online Banking transfer to CHK 3241 Confirmation# 1203941050 | -4,000.00 |
| 03/21/17 | Online Banking transfer to CHK 3241 Confirmation# 2112575812 | -10,000.00 |
| 03/21/17 | TRANSFER PIONEER CARRIERS LLC:Alvarado Energy Mark Confirmation# 1612933043 | -1,228.50 |
| 03/21/17 | HEB #117        DES:CHECKPAYMT CHECK #:0575  INDN:                CO ID:HEBSTRE117 BOC | -928.53 |
| 03/22/17 | Online Banking Transfer Conf# 1fpeqsq3a; Romero | -3,000.00 |
| 03/22/17 | TRANSFER PIONEER CARRIERS LLC:Commercial Credit Gr Confirmation# 1620116227 | -10,000.00 |
| 03/23/17 | PROG COUNTY MUT  DES:INS PREM  ID:03190606  PIONE  INDN:PIONEER CARRIERSLLC     CO ID:9409348179 PPD | -499.60 |
| 03/23/17 | BEST BUY        DES:AUTO PYMT  ID:722259291590320  INDN:PEDRO LAGOS        CO ID:CITIAUTFDR WEB | -101.00 |
| 03/24/17 | WIRE TYPE:WIRE OUT DATE:170324 TIME:0517 ET TRN:2017032300382865 SERVICE REF:002247 BNF:SOLITAIRE EXPRESS ID:6001312311 BNF BK:INTERNA TIONAL BANK OF C ID:114902528 PMT DET:196988472 | -700.00 |
| 03/24/17 | WIRE TYPE:WIRE OUT DATE:170324 TIME:1326 ET TRN:2017032400282589 SERVICE REF:008857 BNF:COMDATA NETWORK INC. ID:0018411568 BNF BK:REGI ONS BANK ID:062000019 PMT DET:197079558 ACCOUNT PO 397PL | -6,000.00 |
| 03/27/17 | Online Banking payment to CRD 5638 Confirmation# 0644401689 | -1,000.00 |
| 03/27/17 | Online Banking payment to CRD 1100 Confirmation# 4244405730 | -1,000.00 |
| 03/27/17 | Online Banking transfer to CHK 6286 Confirmation# 2144878214 | -2,000.00 |

*continued on the next page*

**PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017**

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/27/17 | WIRE TYPE:WIRE OUT DATE:170327 TIME:1246 ET TRN:2017032700302650 SERVICE REF:008172 BNF:COMDATA NETWORK INC. ID:0018411568 BNF BK:REGI ONS BANK ID:062000019 PMT DET:197219152 | -15,000.00 |
| 03/27/17 | TEXAS DOW EMPLOY DES:CK-WTH     ID: INDN:PEDRO LAGOS          CO ID:XXXXXXXXX PPD PMT INFO:                    TO LAGOS | -390.57 |
| 03/28/17 | BankDirect Capit DES:WEB PMTS  ID:XTB6L6  INDN:Pedro Lagos          CO ID:9000022256 WEB | -36,947.47 |
| 03/31/17 | 0329  5959 WAL-SAMS     HOUSTON     TX US | -136.50 |

Card account # XXXX XXXX XXXX 8687

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/17 | CHECKCARD  0228 GEICO  *AUTO 800-841-3000 DC 55432867059000393354141 RECURRING CKCD 6300 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -209.61 |
| 03/01/17 | CHECKCARD  0228 SUBWAY       002 HOUSTON       TX 15410197060255225078321 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -6.50 |
| 03/01/17 | CHECKCARD  0228 SUBWAY       002 HOUSTON       TX 15410197060255225315343 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -13.86 |
| 03/02/17 | CHECKCARD  0301 LOVES TRAVEL S000 HOUSTON       TX 15410197061111809131193 CKCD 5541 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -50.00 |
| 03/02/17 | CHECKCARD  0302 HP *INSTANT INK 855-785-2777 CA 55432867061000689012284 CKCD 5111 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -10.81 |
| 03/02/17 | CHECKCARD  0301 SUBWAY       002 HOUSTON       TX 15410197061255201488725 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -7.85 |
| 03/02/17 | CHECKCARD  0301 SUBWAY       002 HOUSTON       TX 15410197061255219374149 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -7.96 |
| 03/02/17 | CHECKCARD  0301 SUBWAY       002 HOUSTON       TX 15410197061255229627643 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -5.57 |
| 03/02/17 | CHECKCARD  0301 AGILIS LINXUP MOT 877-732-4980 MO 55432867060000376850583 CKCD 5734 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -489.74 |
| 03/02/17 | NNT VASQUEZ HA  03/02 #000001234 PURCHASE 4605 N MAIN ST       HOUSTON       TX | -32.00 |
| 03/06/17 | CHECKCARD  0304 CHICK-FIL-A #0318 HOUSTON       TX 05140487064710022870105 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -14.09 |
| 03/06/17 | CHECKCARD  0304 CHICK-FIL-A #0318 HOUSTON       TX 05140487064710022870139 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -3.45 |
| 03/06/17 | TARGET T- 2580  03/06 #000015722 PURCHASE TARGET T- 2580 Sh  Houston       TX | -3.78 |
| 03/06/17 | WM SUPERCENTER  03/06 #000178057 PURCHASE Wal-Mart Super Ce HOUSTON       TX | -15.91 |
| 03/07/17 | CHECKCARD  0306 TEXAS TWC UI TAXE AUSTIN       TX 25536067066101018207353 CKCD 9311 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -61.91 |
| 03/08/17 | CHECKCARD  0307 THEATER DISTRICT HOUSTON       TX 55432867067000226157588 CKCD 7523 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -12.00 |
| 03/08/17 | MCDONALD'S F13  03/08 #000886916 PURCHASE 2022 YALE STREET   HOUSTON       TX | -7.67 |
| 03/09/17 | CHECKCARD  0307 NIKO NIKO S GREEK HOUSTON       TX 85504997067900017302613 CKCD 5812 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -36.85 |
| 03/09/17 | CHECKCARD  0308 CORNER BAKERY CAF HOUSTON       TX 55310207068838000048050 CKCD 5812 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -30.23 |
| 03/09/17 | SHELL Service  03/09 #000120754 PURCHASE SHELL Service S    HOUSTON       TX | -61.27 |
| 03/09/17 | MCDONALD'S F13  03/09 #000613290 PURCHASE 2022 YALE STREET   HOUSTON       TX | -8.75 |
| 03/10/17 | CHECKCARD  0309 SUBWAY       002 HOUSTON       TX 15410197069255193929589 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -7.85 |
| 03/10/17 | CHECKCARD  0309 THE UPS STORE 422 HOUSTON       TX 55432867069000362405302 CKCD 7399 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -6.00 |
| 03/13/17 | CHECKCARD  0309 TEXAS DOW EMP CU/ HOUSTON       TX 85453277069980018636298 CKCD 6010 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -781.14 |

*continued on the next page*



<span style="color:red">**Your checking account**</span>

PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/13/17 | CHECKCARD  0310 UVALDE MED SURG A UVALDE        TX 55429507070693266770310 CKCD 8011 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -138.00 |
| 03/13/17 | CHECKCARD  0310 CHILOSO'S TACO HO HOUSTON        TX 55432867070000974403866 CKCD 5812 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -30.50 |
| 03/13/17 | CHECKCARD  0310 THEATER DISTRICT HOUSTON        TX 55432867070000044082005 CKCD 7523 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -9.00 |
| 03/13/17 | CHECKCARD  0311 READYREFRESH BY N 800-274-5282 MA 55432867070000142318855 CKCD 5999 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -36.32 |
| 03/15/17 | CHECKCARD  0314 TXDMV MCCS AUSTIN        TX 25536067074101016343473 CKCD 9399 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -82.06 |
| 03/16/17 | CHECKCARD  0314 WAFFLE HOUSE 0634 ORLANDO        FL 55310207074206188100576 CKCD 5812 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -50.82 |
| 03/20/17 | CHECKCARD  0318 DNH*GODADDY.COM 480-5058855  AZ 75418237077037209920194 RECURRING CKCD 4816 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -10.81 |
| 03/20/17 | CHECKCARD  0319 LOVE S TRAVEL 000 FT STOCKTON  TX 15410197079111062329617 CKCD 5541 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -268.64 |
| 03/20/17 | WM SUPERCENTER  03/19 #000521153 PURCHASE Wal-Mart Super Ce  BATON ROUGE   LA | -113.17 |
| 03/20/17 | CHECKCARD  0319 EXXONMOBIL    479 HOUSTON        TX 15486807079378004701905 CKCD 5541 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -10.00 |
| 03/20/17 | MCDONALD'S F13  03/20 #000101922 PURCHASE 2022 YALE STREET   HOUSTON        TX | -8.21 |
| 03/20/17 | KROGER        03/20 #000004466 PURCHASE 239 W 20TH ST        HOUSTON        TX | -282.62 |
| 03/21/17 | CHECKCARD  0320 FIRST STOP FOOD S HOUSTON        TX 55547507080206812900425 CKCD 5499 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -3.23 |
| 03/22/17 | CHECKCARD  0321 THEATER DISTRICT HOUSTON        TX 55432867081000615169345 CKCD 7523 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -9.00 |
| 03/22/17 | SHELL Service   03/22 #000392123 PURCHASE SHELL Service S    HOUSTON        TX | -55.29 |
| 03/23/17 | CHECKCARD  0321 CHICO'S CUSTOM MU PECOS        TX 85450937081980058164322 CKCD 7538 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -229.85 |
| 03/23/17 | CHECKCARD  0322 MICROSOFT   *OFFI 800-642-7676 WA 55131587081400323022810 CKCD 4816 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -108.24 |
| 03/23/17 | CHECKCARD  0322 DNH*GODADDY.COM 480-5058855  AZ 75418237081037359186251 CKCD 4816 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -159.98 |
| 03/23/17 | CHECKCARD  0322 CORNER BAKERY CAF HOUSTON        TX 55310207082838000085393 CKCD 5812 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -27.23 |
| 03/23/17 | CHECKCARD  0322 WINGSTOP 0662 HOUSTON        TX 05436847082500107723121 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -16.10 |
| 03/27/17 | CHECKCARD  0324 KELSEY SEYBOLD CL PEARLAND        TX 55310207084200396200375 CKCD 8099 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -95.40 |
| 03/27/17 | CHECKCARD  0324 STARBUCKS STORE 0 HOUSTON        TX 55432867084000707170877 CKCD 5814 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -8.71 |
| 03/27/17 | CHECKCARD  0325 DENNY'S #7684 HOUSTON        TX 05140487085710002465913 CKCD 5812 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -44.58 |
| 03/27/17 | CHECKCARD  0325 CARISMA WASH HOUSTON        TX 75500597085010491452727 CKCD 7542 XXXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -13.00 |
| 03/27/17 | MCDONALD'S F35  03/26 #000125053 PURCHASE 308 FM 359        BROOKSHIRE   TX | -4.54 |
| 03/27/17 | CORNER STORE 1  03/26 #000165129 PURCHASE 1810 N FOSTER RD   SAN ANTONIO  TX | -51.57 |

*continued on the next page*

PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/27/17 | CORNER STORE 1  03/26 #000139441 PURCHASE 1810 N FOSTER RD   SAN ANTONIO   TX | -26.92 |
| 03/27/17 | MCDONALD'S F34  03/26 #000674000 PURCHASE 2645 SOUTH HWY      THREE RIVERS TX | -4.85 |
| 03/27/17 | CHECKCARD  0326 PILOT       000 SCHULNUBERG   TX 15410197085347002317054 CKCD 5814 XXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -5.40 |
| 03/27/17 | CORNER STORE 0  03/27 #000251515 PURCHASE 911 STUDEWOOD ST   HOUSTON      TX | -52.56 |
| 03/28/17 | CHECKCARD  0326 TA #147 SAN ANTON SAN ANTONIO  TX 05140487086720005903405 CKCD 5814 XXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -11.14 |
| 03/28/17 | CHECKCARD  0327 STARBUCKS STORE 0 HOUSTON      TX 55432867087000434328191 CKCD 5814 XXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -13.42 |
| 03/30/17 | CHECKCARD  0328 FREEBIRDS WORLD B HOUSTON      TX 55432867089000454093426 CKCD 5814 XXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -29.25 |
| 03/30/17 | CHECKCARD  0329 BOSTON MARKET 203 HOUSTON      TX 05436847089000226269984 CKCD 5814 XXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -11.45 |
| 03/30/17 | CHECKCARD  0330 USR-ELECTRIC BILL 08556003859 TX 55263527089989252259334 CKCD 4900 XXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -309.92 |
| 03/30/17 | NNT VASQUEZ HA  03/30 #000001516 PURCHASE 4605 N MAIN ST      HOUSTON      TX | -52.00 |
| 03/31/17 | CHECKCARD  0329 JOSABANK CLOTHIER HOUSTON      TX 55453707089807031590704 CKCD 5611 XXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -1,009.46 |
| 03/31/17 | CHECKCARD  0330 HP *INSTANT INK 855-785-2777 CA 55432867089000911612149 CKCD 5111 XXXXXXXXXXX8687 XXXX XXXX XXXX 8687 | -10.81 |
| 03/31/17 | CORNER STORE 2  03/31 #000460290 PURCHASE 7230 LONG POINT   HOUSTON      TX | -5.69 |
| **Subtotal for card account # XXXX XXXX XXXX 8687** | | **-$5,294.54** |
| **Total withdrawals and other debits** | | **-$248,852.49** |

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 03/07/17 | 394 | -1,625.00 | | 03/14/17 | 549 | -160.00 |
| 03/17/17 | 510* | -3,646.94 | | 03/07/17 | 551* | -1,565.90 |
| 03/20/17 | 513* | -868.17 | | 03/08/17 | 552 | -201.15 |
| 03/27/17 | 514 | -1,412.35 | | 03/16/17 | 553 | -1,085.00 |
| 03/24/17 | 515 | -300.00 | | 03/09/17 | 554 | -700.00 |
| 03/27/17 | 516 | -1,500.00 | | 03/13/17 | 556* | -1,500.00 |
| 03/27/17 | 517 | -500.00 | | 03/13/17 | 557 | -298.37 |
| 03/24/17 | 518 | -1,000.00 | | 03/10/17 | 559* | -1,000.00 |
| 03/27/17 | 519 | -337.10 | | 03/13/17 | 560 | -500.00 |
| 03/28/17 | 521* | -128.70 | | 03/10/17 | 561 | -1,500.00 |
| 03/31/17 | 522 | -568.31 | | 03/15/17 | 562 | -155.34 |
| 03/31/17 | 523 | -963.25 | | 03/15/17 | 563 | -454.10 |
| 03/06/17 | 541* | -1,500.00 | | 03/20/17 | 566* | -1,000.00 |
| 03/02/17 | 542 | -219.00 | | 03/21/17 | 567 | -120.00 |
| 03/15/17 | 544* | -626.23 | | 03/24/17 | 568 | -1,500.00 |
| 03/06/17 | 545 | -1,500.00 | | 03/20/17 | 570* | -1,500.00 |
| 03/06/17 | 546 | -300.00 | | 03/20/17 | 571 | -24.00 |
| 03/08/17 | 547 | -1,000.00 | | 03/21/17 | 572 | -1,500.00 |
| 03/08/17 | 548 | -500.00 | | 03/21/17 | 573 | -501.27 |

*continued on the next page*



**Bank of America**

<span style="color:#cc0066">**Your checking account**</span>

PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

## Checks - continued

| Date | Check # | Amount |
|------|---------|--------|
| 03/21/17 | 574 | -500.00 |
| 03/21/17 | 576* | -2,277.24 |
| 03/06/17 | 1071* | -400.00 |
| 03/13/17 | 1072 | -2,886.35 |

| Date | Check # | Amount |
|------|---------|--------|
| 03/21/17 | 1073 | -830.00 |
| 03/14/17 | 3324* | -1,228.61 |
| 03/16/17 | 10555* | -513.83 |
| 03/13/17 | 6035071447* | -3,000.00 |
| **Total checks** | | **-$45,396.30** |
| **Total # of checks** | | **46** |

*  There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|------|-----------------------|--------------------|
| Total Overdraft fees | $0.00 | $0.00 |
| Total NSF: Returned Item fees | $35.00 | $105.00 |

We refunded to you a total of $315.00 in fees for Overdraft and/or NSF: Returned Items this year.

**Attention: You have 20 or more overdraft and returned item fees on your account this year.**

We are here to help – talk with us about ways you can help avoid fees, keep better track of your account activity, and make sure you have the account that is right for you.

Please call the number on this statement, or go to bankofamerica.com/appointments to schedule an appointment with us at a time that works for you.

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 02/28/17:

You are an active user of one of the following services          OR          At least one of the following occurred during the previous month

◯   Bank of America Merchant Services

◯   Payroll Services

◯   $2,500+   in new net purchases on a linked Business credit card

✔   $15,000+   average monthly balance in primary checking account

✔   $35,000+   combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 03/02/17 | Wire Transfer Fee | -30.00 |
| 03/06/17 | Wire Transfer Fee | -30.00 |
| 03/06/17 | Wire Transfer Fee | -30.00 |
| 03/06/17 | External transfer fee - Next Day - 03/03/2017 | -10.00 |

*continued on the next page*

PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/06/17 | External transfer fee - Next Day - 03/03/2017 | -10.00 |
| 03/06/17 | External transfer fee - Next Day - 03/03/2017 | -10.00 |
| 03/06/17 | External transfer fee - Next Day - 03/03/2017 | -10.00 |
| 03/06/17 | External transfer fee - Next Day - 03/03/2017 | -10.00 |
| 03/06/17 | External transfer fee - Next Day - 03/03/2017 | -10.00 |
| 03/06/17 | External transfer fee - Next Day - 03/03/2017 | -10.00 |
| 03/06/17 | External transfer fee - Next Day - 03/03/2017 | -10.00 |
| 03/06/17 | External transfer fee - Next Day - 03/03/2017 | -10.00 |
| 03/07/17 | Wire Transfer Fee | -30.00 |
| 03/08/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 03-08 | -35.00 |
| 03/08/17 | External transfer fee - Next Day - 03/07/2017 | -10.00 |
| 03/10/17 | Wire Transfer Fee | -30.00 |
| 03/10/17 | Wire Transfer Fee | -30.00 |
| 03/10/17 | External transfer fee - Next Day - 03/09/2017 | -10.00 |
| 03/14/17 | Non-BofA Teller Withdrawal Fee 905703090087181 | -10.00 |
| 03/15/17 | External transfer fee - Next Day - 03/14/2017 | -10.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/16/17 | External transfer fee - 3 Day -   03/15/2017 | -3.00 |
| 03/17/17 | External transfer fee - Next Day - 03/16/2017 | -10.00 |
| 03/20/17 | External transfer fee - Next Day - 03/17/2017 | -10.00 |
| 03/20/17 | External transfer fee - Next Day - 03/17/2017 | -10.00 |
| 03/22/17 | External transfer fee - Next Day - 03/21/2017 | -10.00 |
| 03/23/17 | External transfer fee - Next Day - 03/22/2017 | -10.00 |
| 03/24/17 | Wire Transfer Fee | -30.00 |

*continued on the next page*



**Your checking account**

PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/24/17 | Wire Transfer Fee | -30.00 |
| 03/27/17 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$521.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 11,855.27 | 03/13 | 59,201.16 | 03/22 | 12,272.32 |
| 03/02 | 8,902.34 | 03/14 | 51,942.39 | 03/23 | 11,120.32 |
| 03/03 | 16,205.79 | 03/15 | 52,769.71 | 03/24 | 67,427.50 |
| 03/06 | 10,566.85 | 03/16 | 16,083.97 | 03/27 | 43,949.95 |
| 03/07 | 3,064.15 | 03/17 | 3,134.86 | 03/28 | 6,849.22 |
| 03/08 | 1,298.33 | 03/20 | 29.24 | 03/30 | 6,446.60 |
| 03/09 | 20,416.19 | 03/21 | 17,718.44 | 03/31 | 40,526.75 |
| 03/10 | 31,510.95 | | | | |

PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

This page intentionally left blank


**Bank of America**

PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

# Check images

**Account number: 5860 3507 1447**

Check number: 394   |   Amount: $1,625.00

Check number: 510   |   Amount: $3,646.94

Check number: 513   |   Amount: $868.17

Check number: 514   |   Amount: $1,412.35



Check number: 515   |   Amount: $300.00

Check number: 516   |   Amount: $1,500.00

Check number: 517   |   Amount: $500.00

Check number: 518   |   Amount: $1,000.00

Check number: 519   |   Amount: $337.10

Check number: 521   |   Amount: $128.70



*continued on the next page*



PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

## Check images - continued

**Account number: 5860 3507 1447**

Check number: 522   |   Amount: $568.31

Check number: 523   |   Amount: $963.25

Check number: 541   |   Amount: $1,500.00

Check number: 542   |   Amount: $219.00

Check number: 544   |   Amount: $626.23

Check number: 545   |   Amount: $1,500.00

Check number: 546   |   Amount: $300.00

Check number: 547   |   Amount: $1,000.00

Check number: 548   |   Amount: $500.00

Check number: 549   |   Amount: $160.00






continued on the next page



PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

## Check images - continued

**Account number: 5860 3507 1447**

Check number: 551   |   Amount: $1,565.90

Check number: 552   |   Amount: $201.15

Check number: 553   |   Amount: $1,085.09

Check number: 554   |   Amount: $700.00

Check number: 556   |   Amount: $1,500.00

Check number: 557   |   Amount: $298.37

Check number: 559   |   Amount: $1,000.00

Check number: 560   |   Amount: $500.00

Check number: 561   |   Amount: $1,500.00

Check number: 562   |   Amount: $155.34

continued on the next page



PIONEER CARRIERS LLC　|　Account # 5860 3507 1447　|　March 1, 2017 to March 31, 2017

## Check images - continued

**Account number: 5860 3507 1447**

Check number: 563　|　Amount:　$454.10

Check number: 566　|　Amount:　$1,000.00

Check number: 567　|　Amount:　$120.00

Check number: 568　|　Amount:　$1,500.00



Check number: 570　|　Amount:　$1,500.00

Check number: 571　|　Amount:　$24.00

Check number: 572　|　Amount:　$1,500.00

Check number: 573　|　Amount:　$501.27



Check number: 574　|　Amount:　$500.00

Check number: 576　|　Amount:　$2,277.24



*continued on the next page*



PIONEER CARRIERS LLC   |   Account # 5860 3507 1447   |   March 1, 2017 to March 31, 2017

## Check images - continued

**Account number: 5860 3507 1447**

Check number: 1071   |   Amount:  $400.00



Check number: 1072   |   Amount:  $2,886.35



Check number: 1073   |   Amount:  $830.00



Check number: 3324   |   Amount:  $1,228.61



Check number: 10555   |   Amount:  $513.83

Check number: 603507144   |   Amount:  $3,000.00



This page intentionally left blank